*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 4, 2014                    519053
_____

In the Matter of TATIANA
    SOUBBOTIN,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   October 21, 2014

Before:   Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ.

_____

        Tatiana Soubbotin, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Marjorie S. Leff of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 29, 2013, which ruled that claimant's request
for a hearing was untimely.

        Decision affirmed.  No opinion.

        Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ.,
concur.

-2-                    519053

ORDERED that the decision is affirmed, without costs.


                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court